UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LULULEMON USA INC.,<br><br>　　　　　Defendant. | Case No. **1:23-cv-00771-JPO**<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. HARRIS** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael J. Harris hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 31, 2023          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Harris*
　　　　　　　　　　　　　　　　　　　Michael J. Harris
　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　70 West Madison Street, Suite 4200
　　　　　　　　　　　　　　　　　　　Chicago, IL 60602-4231
　　　　　　　　　　　　　　　　　　　Telephone: (312) 583-2300
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 583-2360
　　　　　　　　　　　　　　　　　　　michael.harris@arnoldporter.com

　　　　　　　　　　　　　　　　　　　*Attorney for Nike, Inc.*