UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LULULEMON USA INC., <br><br> Defendant. | Case No. 1:23-cv-00771-JPO <br><br> ORAL ARGUMENT REQUESTED |

### NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

PLEASE TAKE NOTICE that, upon this Notice of Motion, and the accompanying Memorandum of Law in Support of Plaintiff's Partial Motion to Dismiss Defendant's Counterclaims, and upon all prior papers and proceedings had herein, Plaintiff Nike, Inc. ("Nike") will move this Court, pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable J. Paul Oetken of the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York, 10007, at a time and date to be designated by the Court, for an Order dismissing Defendant lululemon USA Inc.'s ("lululemon's") Second, Fourth, and Sixth Counterclaims with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: March 31, 2023          ARNOLD & PORTER KAYE SCHOLER LLP

                               By:   /s/ *Aaron P. Bowling*

                                     Christopher J. Renk
                                     Michael J. Harris
                                     Aaron Bowling
                                     ARNOLD & PORTER KAYE SCHOLER LLP
                                     70 West Madison Street, Suite 4200
                                     Chicago, Illinois 60602-4231
                                     Telephone: (312) 583-2300

Bridgette C. Gershoni
Michael J. Gershoni
Lindsey Staubach
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6745

Michael Sebba
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone: (213) 243-4229

*Attorneys for Plaintiff Nike, Inc.*