# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
**T** (949) 760-0404

Ali S. Razai
Ali.Razai@knobbe.com

April 13, 2023
**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *NIKE, INC. V. LULULEMON USA, INC.* (Case No. 1:23-cv-00771-JPO)

Dear Judge Oetken:

     We represent Defendant lululemon usa, inc. ("Defendant") in connection with the above-referenced matter. Plaintiff Nike, Inc. ("Plaintiff") has filed a Motion to Dismiss lululemon's Counterclaim for invalidity of each of the three patents-in-suit under Fed. R. Civ. P. 12(b)(6). Dkt. 43. Although Defendant believes that its challenged pleadings are sufficient under applicable law, Defendant intends to file an amended pleading by April 21, 2023, to add even greater detail in an effort to conserve Court and party resources that would be needlessly wasted on motion practice.

Very truly yours,

Ali S. Razai