**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| NIKE, INC., | ) | |
| | ) | |
| Plaintiff, Counter-Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cv-00771-JPO |
| LULULEMON USA INC. | ) | |
| | ) | |
| Defendant, Counter-Plaintiff. | ) | |
| | ) | |
| | ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

Nike, Inc. ("Nike") and lululemon usa inc. ("lululemon"), in accordance with item (5) of

this Court's Order, ECF No. 56, submit the following proposed schedule for Claim Construction

briefing:

        1.      Nike's Opening Claim Construction Brief shall be filed October 11, 2023;

        2.      lululemon's Responsive Claim Construction Brief shall be filed November 10, 2023; and

        3.      Nike's Reply Claim Construction Brief shall be filed November 17, 2023.

*See* Local Patent Rule 12.


Dated:  June 5, 2023           /Christopher J. Renk/_____
                               Christopher J. Renk (admitted *pro hac vice*)
                               Michael J. Harris (admitted *pro hac vice*)
                               Aaron P. Bowling (admitted *pro hac vice*)
                               Arnold & Porter Kaye Scholer LLP
                               70 W. Madison Street, Suite 4200
                               Chicago, IL 60602
                               Telephone:  (312) 583-2300
                               Email:  chris.renk@arnoldporter.com
                               michael.harris@arnoldporter.com

aaron.bowling@arnoldporter.com

Michael J. Sebba (SBN 5398540)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Email:  michael.sebba@arnoldporter.com

Bridgette C. Gershoni (admitted *pro hac vice*)
Michael J. Gershoni (admitted *pro hac vice*)
Kathleen P. Duffy (SBN 1040190)
Lindsey C. Staubach (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 942-5000
Email:  bridgette.gershoni@arnoldporter.com
michael.gershoni@arnoldporter.com
kathleen.duffy@arnoldporter.com
lindsey.staubach@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*

Dated: June 5, 2023          /Brandon G. Smith/_____
Ali S. Razai (admitted *pro hac vice*)
Brandon G. Smith (admitted *pro hac vice*)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Email: ali.razai@knobbe.com
brandon.smith@knobbe.com

*Attorneys for Defendant lululemon usa inc.*