UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                           Plaintiff,<br><br>        -against-<br><br>LULULEMON USA INC.,<br><br>                           Defendant. | 23-CV-771 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at the December 11, 2023 conference, Defendant lululemon usa inc.'s motion to stay the proceedings is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 90.

　　　SO ORDERED.

Dated: December 12, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge