February 13, 2024

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court S.D.N.Y
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *Nike, Inc. v. lululemon usa, inc.* (Case No. 1:23-cv-00771-AS)

Dear Judge Subramanian,

Pursuant to the Scheduling Order (ECF No. 56) and paragraph 3(E) of Your Honor's Individual Practices, Plaintiff Nike, Inc. ("Nike") and Defendant lululemon usa inc. ("lululemon") (collectively "parties") hereby request leave to conduct the deposition of Sam Rathburn, an employee of lululemon, four days after the close of fact discovery.

Fact discovery closes in this case on March 15, 2024. ECF No. 56. lululemon informed Nike that Mr. Rathburn will be unavailable for deposition during the last three weeks of fact discovery. As a result, the parties have agreed to conduct the deposition of Mr. Rathburn on March 19, 2024. No other requests to take depositions out of time have been made in this case. Taking this deposition out of time will not impact any other deadlines in this case.

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 106.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 14, 2024

Best regards,

*/s/ Christopher J. Renk*
Christopher J. Renk (admitted *pro hac vice*)
Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Email:  chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

Michael J. Sebba (SBN 5398540)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Email:  michael.sebba@arnoldporter.com

Bridgette C. Gershoni (admitted *pro hac vice*)
Michael J. Gershoni (admitted *pro hac vice*)

February 13, 2024
Page 2

        Kathleen P. Duffy (SBN 1040190)
        Lindsey C. Staubach (admitted *pro hac vice*)
        Joseph M. Galvin (admitted *pro hac vice*)
        Arnold & Porter Kaye Scholer LLP
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Email: bridgette.gershoni@arnoldporter.com
        michael.gershoni@arnoldporter.com
        kathleen.duffy@arnoldporter.com
        lindsey.staubach@arnoldporter.com
        joe.galvin@arnoldporter.com
        *Attorneys for Plaintiff Nike, Inc.*

        */s/ Ali S. Razai*
        Ali S. Razai (admitted *pro hac vice*)
        Brandon G. Smith (admitted *pro hac vice*)
        Joseph F. Jennings (admitted *pro hac vice*)
        Knobbe, Martens, Olson & Bear, LLP
        2040 Main Street, Fourteenth Floor
        Irvine, CA 92614
        Email: ali.razai@knobbe.com
        brandon.smith@knobbe.com
        joe.jennings@knobbe.com

        Inzer C. Ni (SBN 5613641)
        Stacy Rush (SBN 5973946)
        Knobbe, Martens, Olson & Bear, LLP
        1155 Avenue of the Americas, 24th Floor
        New York, NY 10036
        Email: inzer.ni@knobbe.com
        stacy.rush@knobbe.com

        Jonathan E. Bachand
        Knobbe, Martens, Olson & Bear, LLP
        1717 Pennsylvania Ave N.W., Suite 900
        Washington, DC
        Email: jonathan.bachand@knobbe.com

        Yanna S. Bouris
        Knobbe, Martens, Olson & Bear, LLP
        1925 Century Park East, Suite 400
        Los Angeles, CA 90067
        Email: yanna.bouris@knobbe.com
        *Attorneys for Defendant lululemon usa inc.*