February 28, 2024

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court S.D.N.Y
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re: *Nike, Inc. v. lululemon usa, inc.* (Case No. 1:23-cv-00771-AS)

Dear Judge Subramanian,

    Pursuant to the Scheduling Order (ECF No. 56) and paragraph 3(E) of Your Honor's Individual Practices, Plaintiff Nike, Inc. ("Nike") and Defendant lululemon usa inc. ("lululemon") (collectively "parties") hereby request leave to conduct the deposition of Patrick Jeffers, an employee of lululemon, one week after the close of fact discovery.

    Fact discovery closes in this case on March 15, 2024. ECF No. 56. lululemon informed Nike that Mr. Jeffers will be unavailable for a deposition for the duration of fact discovery. As a result, the parties have agreed to conduct the deposition of Mr. Jeffers on March 22, 2024. One other request to take a deposition out of time has been made (ECF No. 106) and granted (ECF No. 107) in this case. Taking this deposition out of time will not impact any other deadlines in this case.

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 111.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 28, 2024

Best regards,

*/s/ Christopher J. Renk*
Christopher J. Renk (admitted *pro hac vice*)
Michael J. Harris (admitted *pro hac vice*)
Aaron P. Bowling (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Email: chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

Michael J. Sebba (SBN 5398540)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Email: michael.sebba@arnoldporter.com

February 28, 2024
Page 2

       Bridgette C. Gershoni (admitted *pro hac vice*)
       Michael J. Gershoni (admitted *pro hac vice*)
       Kathleen P. Duffy (SBN 1040190)
       Lindsey C. Staubach (admitted *pro hac vice*)
       Joseph M. Galvin (admitted *pro hac vice*)
       Arnold & Porter Kaye Scholer LLP
       601 Massachusetts Ave., NW
       Washington, D.C. 20001
       Email: bridgette.gershoni@arnoldporter.com
       michael.gershoni@arnoldporter.com
       kathleen.duffy@arnoldporter.com
       lindsey.staubach@arnoldporter.com
       joe.galvin@arnoldporter.com

       Hilda A. Obeng (admitted *pro hac vice*)
       Arnold & Porter Kaye Scholer LLP
       250 West 55th Street
       New York, NY 10019-9710
       Email: hilda.obeng@arnoldporter.com
       *Attorneys for Plaintiff Nike, Inc.*

       */s/ Ali S. Razai*
       Ali S. Razai (admitted *pro hac vice*)
       Brandon G. Smith (admitted *pro hac vice*)
       Joseph F. Jennings (admitted *pro hac vice*)
       Knobbe, Martens, Olson & Bear, LLP
       2040 Main Street, Fourteenth Floor
       Irvine, CA 92614
       Email: ali.razai@knobbe.com
       brandon.smith@knobbe.com
       joe.jennings@knobbe.com

       Inzer C. Ni (SBN 5613641)
       Stacy Rush (SBN 5973946)
       Knobbe, Martens, Olson & Bear, LLP
       1155 Avenue of the Americas, 24th Floor
       New York, NY 10036
       Email: inzer.ni@knobbe.com
       stacy.rush@knobbe.com

       Jonathan E. Bachand
       Knobbe, Martens, Olson & Bear, LLP
       1717 Pennsylvania Ave N.W., Suite 900
       Washington, DC
       Email: jonathan.bachand@knobbe.com

February 28, 2024
Page 3

                        Yanna S. Bouris
                        Knobbe, Martens, Olson & Bear, LLP
                        1925 Century Park East, Suite 400
                        Los Angeles, CA 90067
                        Email: yanna.bouris@knobbe.com
                        *Attorneys for Defendant lululemon usa inc.*