May 14, 2024

<u>**VIA ECF**</u>

Hon. Arun Subramanian
U.S. District Court S.D.N.Y
500 Pearl Street, Courtroom 15A
New York, New York 10007

   Re: *Nike, Inc. v. lululemon usa, inc.* (Case No. 1:23-cv-00771-AS)

Dear Judge Subramanian,

  Pursuant to the Scheduling Order (ECF No. 56) and paragraph 3(E) of Your Honor's Individual Practices, Plaintiff Nike, Inc. ("Nike") and Defendant lululemon usa, inc. ("lululemon") (collectively "parties") hereby request leave to conduct the deposition of James Malackowski, an expert retained by lululemon, 3 days after the close of expert discovery.

  Expert discovery closes in this case on June 15, 2024. ECF No. 56. lululemon informed Nike that Mr. Malackowski will be unavailable for a deposition before the close of expert discovery. As a result, the parties have agreed to conduct the deposition of Mr. Malackowski on June 18, 2024. No other requests to take expert depositions out of time have been made in this case. Taking this deposition out of time will not impact any other deadlines in this case.

Application GRANTED.
The Clerk of Court is directed to terminate the motion at ECF No. 126.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Date: May 15, 2024

Best regards,

*Ali S. Razai*
Ali S. Razai (admitted *pro hac vice*)
Brandon G. Smith (admitted *pro hac vice*)
Joseph F. Jennings (admitted *pro hac vice*)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Email: ali.razai@knobbe.com
brandon.smith@knobbe.com
joe.jennings@knobbe.com

Inzer C. Ni (SBN 5613641)
Stacy Rush (SBN 5973946)
Knobbe, Martens, Olson & Bear, LLP
1155 Avenue of the Americas, 24th Floor
New York, NY 10036
Email: inzer.ni@knobbe.com
stacy.rush@knobbe.com

May 14, 2024
Page 2

        Jonathan E. Bachand
        Knobbe, Martens, Olson & Bear, LLP
        1717 Pennsylvania Ave N.W., Suite 900
        Washington, DC
        Email: jonathan.bachand@knobbe.com

        Yanna S. Bouris
        Knobbe, Martens, Olson & Bear, LLP
        1925 Century Park East, Suite 400
        Los Angeles, CA 90067
        Email: yanna.bouris@knobbe.com

        *Attorneys for Defendant lululemon usa inc.*

        *Christopher J. Renk*
        Christopher J. Renk (admitted *pro hac vice*)
        Michael J. Harris (admitted *pro hac vice*)
        Aaron P. Bowling (admitted *pro hac vice*)
        Arnold & Porter Kaye Scholer LLP
        70 W. Madison Street, Suite 4200
        Chicago, IL 60602
        Email:  chris.renk@arnoldporter.com
        michael.harris@arnoldporter.com
        aaron.bowling@arnoldporter.com

        Michael J. Sebba (SBN 5398540)
        Arnold & Porter Kaye Scholer LLP
        777 South Figueroa Street, 44th Floor
        Los Angeles, CA 90017-5844
        Email:  michael.sebba@arnoldporter.com

        Bridgette C. Gershoni (admitted *pro hac vice*)
        Michael J. Gershoni (admitted *pro hac vice*)
        Kathleen P. Duffy (SBN 1040190)
        Lindsey C. Staubach (admitted *pro hac vice*)
        Joseph M. Galvin (admitted *pro hac vice*)
        Arnold & Porter Kaye Scholer LLP
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Email:  bridgette.gershoni@arnoldporter.com
        michael.gershoni@arnoldporter.com
        kathleen.duffy@arnoldporter.com
        lindsey.staubach@arnoldporter.com
        joe.galvin@arnoldporter.com

May 14, 2024
Page 3

        Hilda A. Obeng (admitted *pro hac vice*)
        Arnold & Porter Kaye Scholer LLP
        250 West 55th Street
        New York, NY 10019-9710
        Email: hilda.obeng@arnoldporter.com

*Attorneys for Plaintiff Nike, Inc.*