Ali S. Razai
ali.razai@knobbe.com
Joseph F. Jennings
joe.jennings@knobbe.com
Brandon G. Smith
brandon.smith@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Inzer C. Ni
inzer.ni@knobbe.com
Stacy Rush
stacy.rush@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1155 Avenue of the Americas, 24th Floor
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Jonathan E. Bachand
jonathan.bachand@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1717 Pennsylvania Avenue N.W.
Suite 900
Washington, DC 20006
Tel: (202) 640-6400
Fax: (202) 640-6401

Yanna S. Bouris
Yanna.bouris@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East
Suite 400
Los Angeles, CA  90067
Tel: (310) 551-3450
Fax: (310) 601-1263

Attorneys for Defendant
LULULEMON USA INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIKE, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>LULULEMON USA INC.,<br><br>                Defendant. | Case No.: 1:23-cv-00771-AS<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon this Notice of Motion, and the accompanying Memorandum of Law in support of Defendant lululemon usa inc.'s ("lululemon") Motion for Summary Judgment, the Local Rule 56.1 Statement of Material Facts, the Declaration of David S. Brookstein, and the Declaration of Ali S. Razai with exhibits filed concurrently herewith, and all other papers and pleadings filed with the Court, lululemon hereby moves this Court, before the Honorable Arun Subramanian of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY 10007, at a time and date to be designated by the Court, for an order granting summary judgment or partial summary judgment in favor of lululemon against Plaintiff Nike, Inc. ("Nike").

lululemon moves the Court for summary judgment of non-infringement of the asserted claim (claim 1) of U.S. Patent No. 9,730,484 because the accused products are not made using a "flat-knitted element" having "a central portion having a domed, three-dimensional structure configured for extending over the top of a foot" as required by claim 1.

lululemon moves the Court for summary judgment of non-infringement of the asserted claims (claims 1, 8, and 16) of U.S. Patent No. 9,375,046 because the accused products do not contain a "tubular" structure as required by the claims.

lululemon move the Court for summary judgment of invalidity of the asserted claims (claims 1 and 14) of U.S. Patent No. 8,266,749 because the asserted claims would have been obvious in view of prior art knitted shoes sold by adidas in combination with the knowledge of a person having ordinary skill in the art.

Dated: July 29, 2024

                                          Respectfully submitted,

                                          */s/ Ali S. Razai*

Ali S. Razai
Joseph F. Jennings
Brandon G. Smith
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
Tel.: (949) 760-0404

Inzer C. Ni
inzer.ni@knobbe.com
Stacy Rush
stacy.rush@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1155 Avenue of the Americas, 24th Floor
New York, NY 10036
Tel: (212) 849-3000

Jonathan E. Bachand
Jonathan.bachand@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1717 Pennsylvania Avenue N.W.
Suite 900
Washington, DC 20006
Tel: 202-640-6400

Yanna S. Bouris
Yanna.bouris@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East
Suite 400
Los Angeles, CA  90067
Tel: (310) 551-3450

*Attorneys for Defendant*
LULULEMON USA INC.

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on July 29, 2024, the attached document was filed electronically through CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

Dated:  July 29, 2024                    By: /s/ *Ali S. Razai*
                                                           Ali S. Razai

                                         *Attorneys for Defendant*
                                         LULULEMON USA INC.