UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>LULULEMON USA INC.,<br><br>      Defendant. | Case No.: 1:23-cv-00771-AS<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Court having considered Defendant lululemon usa inc.'s Motion for Summary Judgment, hereby orders that the motion is GRANTED.

**IT IS SO ORDERED** that:

1. lululemon's motion for summary judgment of no infringement of Claim 1 of U.S. Patent No. 9,730,484 is GRANTED.

2. lululemon's motion for summary judgment of no infringement of Claims 1, 8, and 16 of U.S. Patent No. 9,375,046 is GRANTED.

3. lululemon's motion for summary judgment of invalidity of Claims 1 and 14 of U.S. Patent No. 8,266,749 under 35 U.S.C. §103 as obvious is GRANTED.

Dated: _____  By: _____
　　　　　　　　　　　　　　　　　　The Honorable Arun Subramanian
　　　　　　　　　　　　　　　　　　United States District Court Judge