UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nike, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Lululemon USA Inc., <br><br> Defendant. | 23-CV-771 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties should appear for a hearing on the pending *Daubert* motions and motions for summary judgment on **Thursday, November 21, 2024 at 2:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The principal client decisionmaker for each side (the "buck stops here" person) is required to attend. If that date doesn't work, then the parties should meet and confer on an alternative date in November or December. Prior to the hearing, the parties should talk and exchange at least one demand and offer to see if there's a way to resolve this case. If the Court can be of assistance in these discussions, it is happy to help.

    SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge