# Arnold & Porter

November 14, 2024

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-0238

Re:  <u>Nike, Inc. v. lululemon usa inc., Case No.: 1:23-cv-000771</u>

Dear Judge Subramanian,

Nike, Inc. writes regarding Your Honor's Order setting a hearing on the pending *Daubert* and summary judgment motions. ECF No. 256. Nike's principal decisionmaker is traveling and unavailable on Thursday, November 21. The parties have conferred and both parties are available on Thursday, December 19.

As instructed by the Court, Nike sent a settlement proposal to lululemon today. Nike appreciates the Court's offer to assist with the parties' settlement discussions. After the parties "talk and exchange at least one demand and offer," Nike will provide a further update to the Court. *See* ECF No. 256.

Respectfully submitted,

Dated: November 14, 2024            <u>  /s/ Christopher J. Renk    </u>
                                    Christopher J. Renk
                                    Michael J. Harris
                                    Aaron P. Bowling
                                    Michael J. Sebba
                                    Bridgette C. Gershoni
                                    Michael J. Gershoni
                                    Kathleen P. Duffy
                                    Lindsey C. Staubach
                                    Joseph M. Galvin
                                    Hilda A. Obeng

                                    *Counsel for Plaintiff Nike, Inc.*