UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nike, Inc.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Lululemon USA Inc.,<br><br>　　　　　　　　　Defendant. | 23-CV-771 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On November 7, 2024, the Court scheduled a hearing on the pending *Daubert* and summary judgment motions. Dkt. 256. The Court also instructed the parties to exchange at least one demand and offer to see if there's a way to resolve this case, and offered the Court's assistance in such discussions. *Id.* On November 14, 2024, the parties requested that the hearing be adjourned and informed the Court that plaintiff Nike had sent a settlement proposal. Dkt. 257. Nike indicated that it would provide a further update to the Court. *Id.* The Court rescheduled the hearing to December 19, 2024. Dkt. 258.

The parties have not yet provided the Court with the promised update. By **Tuesday, December 17, 2024 at 12:00 PM**, the parties should meet and confer and file a joint status update letter to the Court. As a reminder, the principal client decisionmaker on each side (the "buck stops here" person) is required to attend the hearing scheduled for December 19, 2024 at 2:00 PM.

SO ORDERED.

Dated: December 13, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge