**Arnold & Porter**

February 3, 2025

<u>VIA ECF</u>

Hon. Arun Subramanian
U.S. District Court S.D.N.Y
500 Pearl Street
New York, New York 10007

Re: *Nike, Inc. v. lululemon usa, inc.* **(Case No. 1:23-cv-00771-AS)**
*Letter Motion to File Under Seal Nike's Motions in Limine*

Dear Judge Subramanian,

Pursuant to paragraph 11(C)(ii) of Your Honor's Individual Practices ("Individual Practices"), Plaintiff Nike, Inc. ("Nike"), by and through its undersigned counsel, seeks leave to file exhibit B ("Exhibit B") to the Declaration of Michael J. Harris in Support of Nike, Inc.'s Omnibus Motions in Limine under seal. Nike submits this request because Exhibit B contains information and material that lululemon has designated Attorneys' Eyes Only in accordance with the Protective Order in this case. ECF No. 54. This document contains manufacturing and other technical information related to lululemon's Accused Products.

Nike's Omnibus Motions in Limine does not contain or attach any information Nike has designated or otherwise asserts is confidential. In accordance with paragraph 11(C)(ii) of Individual Practices, Nike's Motions in Limine is being filed contemporaneously with this letter motion.

As set forth in the Court's Order dated January 30, 2025 (ECF No. 275), the parties will meet and confer to narrow the scope of any sealing request, will prepare narrowly-tailored redactions of any non-public materials and will respond to all motions to seal filed in connection with the joint pretrial order and motions *in limine*, on March 28, 2025.

Best Regards,

/s/ *Michael J. Harris*
Christopher J. Renk
Michael J. Harris
Aaron P. Bowling
Amy L. Dewitt
Michael J. Sebba
Lindsey Staubach
Joseph M. Galvin

Counsel for Plaintiff Nike, Inc.