UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>LULULEMON USA INC.,<br><br>       Defendant. | 23-CV-771 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated at the conference held on February 19, 2025:

- The motion to exclude the testimony of John Hansen is GRANTED as to his damages opinion based on the Puma agreement and DENIED as to his opinion based on cost apportionment.
- The motions in limine are disposed of as addressed at the conference.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 140, 280, 282, 283, and 284.

  SO ORDERED.

Dated: February 21, 2025
   New York, New York

                         _____
                          ARUN SUBRAMANIAN
                         United States District Judge