UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                  Plaintiff,<br><br>     -against-<br><br>LULULEMON USA INC.,<br><br>                  Defendant. | 23-CV-771 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated at the conference held on February 25, 2025, the Court will hold a follow-up remote conference on **February 26, 2025 at 11:30 AM** if necessary. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **851 623 729**, followed by the pound (#) sign.

      SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge