UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nike, Inc., <br><br>         Plaintiff, <br><br>     -against- <br><br> Lululemon USA Inc., <br><br>         Defendant. | 23-CV-771 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  By **March 14, 2025**, the parties should meet and confer and submit a joint letter proposing a schedule for filing the judgment and post-trial motions.

  SO ORDERED.

Dated: March 10, 2025
   New York, New York

                        _____
                         ARUN SUBRAMANIAN
                        United States District Judge