The Court adopts the parties' agreed-upon schedule.

March 14, 2025

SO ORDERED.

*[signature]*

**VIA ECF**

Arun Subramanian, U.S.D.J.
Date: March 17, 2025

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Nike, Inc. v. lululemon usa inc.*, Case No.: 1:23-cv-00771

Dear Judge Subramanian,

In accordance with Your Honor's March 10, 2025 Order (ECF No. 315), the parties write to provide a schedule for filing the judgment and post-trial motions.

The parties respectfully propose that they submit the Proposed Final Judgment within five (5) business days of this letter and request the Court enter the Proposed Final Judgment within five (5) business days of the Parties' submission.

The parties propose the following post-trial briefing schedule from date of entry of the judgment:

1. Opening briefs shall be filed 35 days after entry of the judgment;

2. Opposition briefs shall be filed 28 days after opening briefs;

3. Reply briefs shall be filed 14 days after opposition briefs.

The parties' proposal above is a modification of the timing for motions under Federal Rules of Civil Procedure 50(b) and 59, and the parties agree that no party waives any right to appeal by filing a properly noticed motion according to the above schedule, if such schedule is entered by the Court.

Respectfully submitted,

| | |
|---|---|
| __/s/ Michael J. Harris__ | __/s/ Brandon G. Smith__ |
| Michael J. Harris (*pro hac vice*) | Ali S. Razai (*pro hac vice*) |
| Christopher J. Renk (*pro hac vice*) | Brandon G. Smith (*pro hac vice*) |
| Aaron P. Bowling (*pro hac vice*) | Morgan, Lewis & Bockius LLP |
| Arnold & Porter Kaye Scholer LLP | 600 Anton Blvd. |
| 70 W. Madison Street, Suite 4200 | Costa Mesa, CA 92626 |
| Chicago, IL 60602 | |
| | Jason White (admitted pro hac vice) |
| Michael J. Sebba (SBN 5398540) | Karon Fowler (admitted pro hac vice) |
| Arnold & Porter Kaye Scholer LLP | Morgan, Lewis & Bockius LLP |
| 777 South Figueroa Street, 44th Floor | 110 North Wacker Dr., Suite 2800 |

Hon. Arun Subramanian
March 14, 2025
Page 2

| | |
|---|---|
| Los Angeles, CA 90017-5844 | Chicago, IL 60606-1511 |
| Amy L. DeWitt (*pro hac vice*) | Jack Hendershott (admitted pro hac vice) |
| Lindsey C. Staubach (*pro hac vice*) | Morgan, Lewis & Bockius LLP |
| Joseph M. Galvin (*pro hac vice*) | 101 Park Avenue |
| Arnold & Porter Kaye Scholer LLP | New York, NY 10178-0060 |
| 601 Massachusetts Ave., NW | *Attorneys for Defendant lululemon usa inc.* |
| Washington, D.C. 20001 | |
| *Attorneys for Plaintiff Nike, Inc.* | |