UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

    Plaintiff, Counter-Defendant,

vs.

                                      Case No. 1:23-cv-00771-AS

LULULEMON USA INC.

    Defendant, Counter-Plaintiff.

## [JOINT PROPOSED] FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED** that, pursuant to the jury's verdict delivered on March 7, 2025, the Court enters judgment that:

1      lululemon usa inc. infringed claims 1 and 14 of U.S. Patent No. 8,266,749 by importing into the United States and selling within the United States the Blissfeel, Blissfeel SE, Blissfeel 2, Chargefeel Mid, Chargefeel Mid Lunar New Year, Chargefeel Low, Chargefeel Low 2.0, and Strongfeel shoes;

2      lululemon usa inc. does not infringe claims 1, 8, and 16 of U.S. Patent No. 9,735,046 by making, using, offering to sell, or selling within the United States, or importing into the United States, the Chargefeel Mid, Chargefeel Mid Lunar New Year, and Chargefeel Mid 2 shoes;

3      Claims 1 and 14 of U.S. Patent No. 8,266,749 are not invalid as obvious over the adidas a3 and the adidas Wrestling Shoe;

4      Claims 1, 8, and 16 of U.S. Patent No. 9,375,046 are not invalid as anticipated by the Nike Lunar 1;

5        Nike, Inc. is entitled to damages for lululemon usa inc.'s infringement of U.S. Patent No. 8,266,749 beginning on, and not before, January 30, 2023; and

6        Nike, Inc. is awarded and lululemon usa inc. is liable for damages in the amount of $355,450.

**SO ORDERED**

**Date: March 24, 2025**
**New York, NY**

_____
**Arun Subramanian, U.S.D.J.**