**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NIKE, INC.,

                   Plaintiff, Counter-Defendant,

        -against-                         23 **CIVIL** 0771 (AS)

                                              **<u>AMENDED JUDGMENT</u>**

LULULEMON USA INC.

                   Defendant, Counter-Plaintiff.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2026, Lululemon's motion for judgment as a matter of law on patent invalidity is GRANTED. The motions to seal are GRANTED. All other motions are DENIED AS MOOT. Terminated Dkts. 331, 334, 335, and 339 and amended the judgment, Dkt. 319, to read as follows:  1. Judgment is granted as a matter of law to Lululemon USA Inc. on Claims 1 and 14 of U.S. Patent No. 8,266,749, as the patented claims are invalid as obvious; 2. Pursuant to a jury's verdict delivered on March 7, 2025: a. Lululemon USA Inc. does not infringe claims 1, 8, and 16 of U.S. Patent No. 9,735,046 by making, using, offering to sell, or selling within the United States, or importing into the United States, the Chargefeel Mid, Chargefeel Mid Lunar New Year, and Chargefeel Mid 2 shoe; b. Claims 1, 8, and 16 of U.S. Patent No. 9,375,046 are not invalid as anticipated by the Nike Lunar 1; 3. Nike, Inc. is not entitled to any damages.

**Dated:** New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
