# Arnold & Porter

April 28, 2026

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 365.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 1, 2026

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:    *Nike, Inc. v. lululemon usa, inc.* **(Case No. 1:23-cv-00771-AS)**
    *Letter Motion to File Under Seal*

Dear Judge Subramanian,

Pursuant to paragraph 11(C)(ii) and (iii) of Your Honor's Individual Practices ("Individual Practices"), Plaintiff Nike, Inc. ("Nike"), by and through its undersigned counsel, seeks leave to file its Memorandum of Law in Support of its Opposition to lululemon's Motion for Attorney Fees ("Attorney Fee Opposition") and Exhibits K–N to the Declaration of Michael Harris in redacted form. Nike submits this request because the Attorney Fee Opposition discusses and attaches interrogatory answers that lululemon has designated confidential in accordance with the Protective Order in this case. ECF No. 54.

Nike's Attorney Fee Opposition and its accompanying exhibits summarize, cite, and/or attaches documents containing lululemon's technical information, including Exhibits L–N, which are interrogatory answers that lululemon designated "Highly Confidential – Attorneys' Eyes Only" ("AEO") under the Protective Order. ECF No. 54. Exhibit K is a correspondence that discusses lululemon's interrogatory answer and includes a technical designation of an accused product. lululemon has requested that this information remain sealed.

In accordance with paragraph 11(C)(ii) and (iii) of Individual Practices, Nike informed lululemon that it must file, within three business days, a letter explaining the need to seal or redact the documents. Additionally, Nike's Attorney Fee Opposition is being filed contemporaneously with this letter motion.

Best Regards,

/s/ *Michael J. Harris*
Michael J. Harris
Christopher J. Renk
Aaron P. Bowling
Amy L. DeWitt
Michael J. Sebba
Joseph M. Galvin

*Counsel for Plaintiff Nike, Inc.*