NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2026

---

**NIKE, INC.,**
*Plaintiff-Appellant*

**v.**

**LULULEMON USA INC.,**
*Defendant-Appellee*

---

2025-1709

---

Appeal from the United States District Court for the Southern District of New York in No. 1:23-cv-00771-AS, Judge Arun S. Subramanian.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

May 6, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 6, 2026